JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tim Collins<br><br>          Plaintiff,<br><br>v.<br><br>Umbrella Testing Supplies, LLC et al<br><br>          Defendants. | Case No.  CV 17-06758-AB (JEMx)<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **_60 days,_** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.


Dated:  October 17, 2017        _____
                                ANDRÉ BIROTTE JR.
                                UNITED STATES DISTRICT JUDGE